Joseph P. Schmitt
30 Administration Road
Bridgewater Massachusetts
02324-3230

FILED
IN CLERKS OFFICE

2006 APR 20 P 12: 13

Jennifer Filo
Docket Clerk
United States Courthouse
1 Courthouse Way
Boston Massachusetts
02210

U.S. DISTRICT COURT
DISTRICT OF MASS

April 11, 2006

Dear Ms. Jennifer Filo:

I am writing to you as instructed to do by Ms. Florence Pagano, Assistant Circuit Executive, to discover why my cases before Judge Gertner have not been acted upon in nearly a full year now.

The cases in question are as follows.

1) 05-11348-NG filed on 6/22/05
2) 05-11603-NG filed on 7/22/05

Please forward me an updated docket sheet and inform me why my cases have not been acted upon so they can be served on the defendants and a trial can be conducted.

Thank you for your time and responce in the above matter.

Respectfully Yours,

CC: Ms. Pagano,
    JPS.