UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH P. SCHMITT, pro se,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT MURPHY, et al.,<br><br>    Defendants. | C.A. No. 05-11348-NG |
| JOSEPH P. SCHMITT, pro se,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT D. CLAUSS, et al.,<br><br>    Defendants. | C.A. No. 05-11603-NG |

ORDER ON PLAINTIFF'S MOTIONS
FOR RECONSIDERATION

Now before the Court are plaintiff's renewed motions for reconsideration of the denial of his applications to proceed in forma pauperis under 28 U.S.C. § 1915 and of the orders dismissing the above-captioned actions for failure to pay the filing fee. Upon review, the court hereby GRANTS the motions to reconsider (Docket No. 7 in both actions).

Plaintiff's applications to proceed in forma pauperis under 28 U.S.C. § 1915 are hereby GRANTED, and it is FURTHER ORDERED that the Clerk shall reopen these actions and issue summonses, and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

 5/30/06                                                                                                              s/ Nancy Gertner
DATE                                                                              UNITED STATES DISTRICT JUDGE