UNITED STATES DISTRICT COURT FILED
DISTRICT OF MASSACHUSETTS CLERKS OFFICE

```
JOSEPH P. SCHMITT, pro se        )
            Plaintiff,           )        2006 JUN 12  P  2: 34
                                 )
v.                               )   C.A. No. 05-11348-NG COURT
                                 )            DISTRICT OF MASS
ROBERT MURPHY,                   )
ROBERT D. CLAUSS,                )
DUANE MACEACHERN,                )
KATHLEEN M. DENNEHY,             )
TIMOTHY HALL,                    )
            Defendants.          )
```

### PLAINTIFF'S MOTION TO CORRECT CLERK'S DOCKETING ERROR

Now comes the pro se plaintiff, Joseph P. Schmitt, and moves
that the docketing errors of the Clerk be corrected before this
action moves forward so as to avoid future litigation problems over
who is and who is not a named and served litigant of this action.

As grounds thereof, plaintiff states the following.

1.    The docket sheet in this action indicates four defendants whom
are not, by the plaintiff's original complaint, named defendants.
Said erroneous defendants are as follows: David Leonard; Mark Dare;
Steven Fairly and Robert J. Waitkevich.

2.    As indicated on plaintiff's complaint, cover page, the named
defendants are; Robert Murphy; Robert D. Clauss; Duane MacEachern;
Kathleen M. Dennehy and Timothy Hall.

3.    The addition of defendants not named by plaintiff shall only
cause confussion and unnessary filing of pleadings by the defendants
counsel and a waste of judicial time and resorces.

**WHEREFORE,** Plaintiff prays this Court ORDER the Clerk of Court
to correct the docket in this action and list only the defendants
plaintiff has indicated on the cover page of his original complaint
and under the caption of **"PARTIES"** in said complaint.

Dated: June  9   ,2006

-1-

Respectfully Filed,

Joseph P. Schmitt, pro se
30 Administration Road
Bridgewater, Massachusetts
02324-3230