UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH P. SCHMITT, pro se, )
    Plaintiff, )
 )
v. ) C.A. No. 05-11348-NG
 )
ROBERT MURPHY, )
ROBERT D. CLAUSS, )
DUANE MACEACHERN, )
KATHLEEN M. DENNEHY, )
TIMOTHY HALL, )
    Defendants )

## PLAINTIFF'S MOTION FOR COURT ORDER

    Now comes the pro se plaintiff, Joseph P. Schmitt, and moves that this Court issue an order to the Clerk of Court to issue new **Summonses** and **Process Receipt and Return (FORM USM-285)** for each of the captioned defendants in this action.

    As grounds thereof, plaintiff states the following under pains and penalties of perjury.

1. On June 7, 2006 Plaintiff received a package from this court containing summonses and process receipt and return forms for this action as well as 05-11603-NG.

2. The above noted package was clearly damaged to the extent that it was torn almost completely open and obviously had been subjected to the weather, specifically rain.

3. Upon opening the package fully and examining the contents, it was determined by this plaintiff that the contents were nolonger useful and were disposed of.

    **WHEREFORE**, Plaintiff prays this Court issues an ORDER to its' clerk to forward new summonses and Process Receipt and return Forms to said plaintiff posthaste so service may be conducted on each of the above captioned defendants.

Dated: June 9, 2006

-1-

Respectfully Filed

*[signature]*

Joseph Peter Schmitt, pro se
30 Administration Road
Bridgewater, Massachusetts
02324-3230