UNITED STATES DISTRICT COURT

CIVIL ACTION NOS.
05-11348-NG
05-11603-NG

JOSEPH P. SCHMITT, pro se,
    Plaintiff,
v.
ROBERT MURPHY, et al.,
    Defendants,

AND

JOSEPH P. SCHMITT, pro se,
    Plaintiff,
v.
ROBERT D. CLAUSS, et al.,
    Defendants.

## MOTION FOR COURT ORDER

    Now comes the pro se plaintiff in the above captioned actions and moves this court for an order against the defendants to provide the present business address of defendants, **Robert D. Clauss, Timothy Hall,** and **Duane MacEachern.**

    As grounds for the above motion, plaintiff states the following facts;

1. On 6-27-2006 plaintiff served upon the defendants legal division at the Massachusetts Treatment Center a letter requesting the address of the above named defendants so as service of the complaint and summons can be made upon each defendant. See attached typed copy of the original hand written requests.

2. On 7-6-2006 plaintiff served upon the defendants legal division at the Massachusetts Treatment Center a letter requesting again the present business address of the above named defendants so as service of the complaint and summons can be conducted. See attached typed copy of the original hand written request.

3. Without the requested addresses service upon these noted defendants can not be made and plaintiff will be deprived his right to sue these public employees.

4. To the best of the plaintiff's knowledge all of the above named defendants are still employeed by the department of correction and as such this request for the present business address causes no burdon upon the department of correction legal division at the Treatment Center if they were to comply with the plaintiff's written requests.

5. As this honorable court is well aware there are time schedules to meet for the service of these complaints and summonses upon the defendants. The legal division at the Massachusetts Treatment Center are well aware of this fact also and their deliberate action of totally ignoring this pro se plaintiff is nothing more than an obstruction of justice and total disregard for this pro se plaintiff.

**WHEREFORE,** Plaintiff prays this Honorable Court issue an ORDER to the Massachusetts Department Of Correction to provide the pro se Plaintiff with either the present business address of the three above named defendants or an alternative address where service for said defendants can be made by the United States Marshal's Office. It is further requested that such ORDER have the stipulation that said address for each defendant be provided to the Plaintiff in the most expediant mannor possible so as time schedules are meet regarding the service of complaints and summonses.

Dated: July 7, 2006

Respectfully Filed,

Joseph P. Schmitt, pro se Plaintiff
Massachusetts Treatment Center
30 Administration Road
Bridgewater, Massachusetts
02324-3230

## CERTIFICATE OF SERVICE

I, Joseph P. Schmitt, hereby certify that on July 8, 2006, a true copy of the above motion and attachments were served upon the Treatment Center's Legal Division vis INTRA-FACILITY-MAIL.

*[signature]*

Joseph P. Schmitt, pro se
Plaintiff

```
TO:    MTC Legal Division
FR:    Joseph P. Schmitt, M-81137
RE:    USDC Civil Action NO: 0S-11348-NG
DATE:  6-27-06
```

Dear MTC Legal Division:

    I am writing to you because I require the present work place address for two named defendants in the above noted action.

    Please forward me the present work place address of Robert D. Clauss, former IPS CO at MTC, and Timothy Hall, a high ranking DOC official, and Duane MacEachen, former MTC Deputy Superintendent.

    Your prompt reply is required in this matter.

    Thank you for your attention and cooperation.

Respectfully,

*[signature]*
Joseph P. Schmitt

CC: JPS

TO: MTC Legal Division
FR: Joseph P. Schmitt, M-81137
RE: USDC Civil Action NO: OS-11603-NG
DATE: 6-27-06

Dear MTC Legal Division:

   I am writing to you because I require the present work place address for two defendants in the above action.
   Please forward me the present work place address of Robert D. Clauss, former MTC IPS CO, and Timothy Hall, ranking DOC official.

   Your prompt reply is required in this matter.
   Thank you for your attention and cooperation.

Respectfully,

Joseph P. Schmitt

CC: JPS

TO:    MTL Legal Division
FR:    Joseph P. Schimtt, M-81137
RE:    USDC Civil Actions OS-11348-NG and OS-11603-NG
DATE: July 6, 2006

Dear MTC Legal Division,

    On 6-27-2006 I sent a request for the work address of DOC employers Robert D. Clauss, Duane MacEachern, and Timothy Hall.

    I clearly informed you that the address of each DOC employee was required so I can conduct service of USDC law suits.

    I am now requesting that you provide me with this requested information within (5) five business days. If you fail to comply I shall be forced to file motions with the USDC to have the DOC ordered to comply with my very simple and reasonable request.

    Thank you for your undivided attention and action, I look forward to your response.

Respectfully,

Joseph P. Schmitt

CC:    JPS
        USDC File 11348 / 11603