**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Joseph Peter Schmitt**<br>    **Plaintiff,**<br><br>    v.<br><br>**Robert Murphy et al.**<br>    **Defendants.** | )<br>)<br>)<br>) **C.A. No.05-11348**<br>) **LEAD DOCKET NUMBER**<br>)<br>) |
| **Joseph Peter Schmitt,**<br>    **Plaintiff,**<br><br>    v.<br><br>**Robert D. Clauss et al.**<br>    **Defendants.** | )<br>)<br>)<br>) **C.A. No.05-11603**<br>)<br>)<br>) |

**ORDER OF CONSOLIDATION**

The two cases above are **ORDERED** consolidated under the **lead case, docket number 05-11348-NG,** pursuant to Fed. R. Civ. P. 42. The cases are brought by the same plaintiff on similar questions of fact.

**All future pleadings and submissions shall be filed only under the lead case number 05-11348-NG, and lead caption. Pending motions previously filed under the case number 05-11603-NG shall be re-submitted under the lead case number 05-11348-NG.** Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Dated: October 12, 2006    /s/ NANCY GERTNER, U.S.D.J.**