1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 2005-11348 and**
**NO. 2005-11603 (Consolidated)**

**JOSEPH SCHMITT,**
            **Plaintiff,**

**v.**

**ROBERT MURPHY, ET AL.,**
            **Defendants.**

---

**NOTICE OF APPEARANCE**

---

Regarding Case No. 05-11348, which is the lead docket number in these consolidated cases, defendants Robert Murphy, Superintendent – Massachusetts Treatment Center, Robert D. Clauss, Correction Officer – M.C.I. - Framingham, Duane MacEachern, Deputy Superintendent of Operations – Souza Baranowski Correctional Center, Kathleen Dennehy, Commissioner of the Department of Correction, and Timothy Hall, Assistant Deputy Commissioner Southern Sector, enter the appearance of the following as counsel in the above-encaptioned matter:

> Brendan J. Frigault, BBO # 647669
> Massachusetts Treatment Center
> 30 Administration Road
> Bridgewater, MA  02324
> (508) 279-8185

Please enter such appearance on the record.

2

Regarding Case No. 05-11603, which was consolidated into the above-entitled case on October 12, 2006, defendants Robert D. Clauss, David Leonard, Correction Officer – Massachusetts Treatment Center, Steven Fairly, Director of Security – Massachusetts Treatment Center, Robert J. Waitkevich, former Deputy Superintendent – Massachusetts Treatment Center, Kathleen Dennehy, Timothy Hall, and Mark Dare, Correction Officer – Massachusetts Treatment Center, enter the appearance of above counsel in the consolidated Case No. 05-11348.  Please enter such appearance on the record.

Respectfully Submitted

by the Commonwealth

NANCY ANKERS WHITE
Special Assistant Attorney General


by:    s/  BRENDAN J. FRIGAULT
       Brendan J. Frigault, Counsel
       Department of Correction
       Massachusetts Treatment Center
       30 Administration Road
       Bridgewater, Massachusetts 02324
       (508) 279-8180
       E-Mail:  BJFrigault@DOC.state.ma.us
Dated: January 30, 2007          BBO Number 647669

3

## CERTIFICATE OF SERVICE

I hereby certify that I served a photocopy of the above document upon the following parties:

**Plaintiff, Joseph Schmitt – M81137**
Massachusetts Treatment Center
30 Administration Road
Bridgewater, MA 02324
VIA Intra-Facility Mail

s/  BRENDAN J. FRIGAULT
Brendan J. Frigault

Dated: January 30, 2007