Joseph P. Schmitt
30 Admin. Road
Bridgewater, MA. 02324

FILED
IN CLERKS OFFICE

2007 FEB -2  A 11: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

U.S.D.C. Clerk's Office
1 Courthouse Way, Ste. 2300
Boston, MA. 02210

January 23, 2007

Re: USDC-05-11348-NG / USDC-05-11603-NG

Dear Clerk:

    Please be noticed that due to the direct interference of named defendants and/or D.O.C. Legal division at the Nemansket Correctional Facility, I have been denied photocopies to serve upon all defendants as Rule of Fed Civ. Proc. state I must do.

    Please be advised that the attached documents have been served upon D.O.C. Legal Attorney B. Frigualt.

    Please be noticed that Plaintiff intends to file an Amended or new complaint in this court regarding the violations of Fed Rules Civ. Proc. 26(b)(3).

Respectfully filed,

[signature]

CC: Attorney B. Frigualt
    JPS