UNITED STATES DISTRICT COURT

FILED
IN CLERKS OFFICE
2007 FEB -2 A 11:54
U.S. DISTRICT COURT
DISTRICT OF MASS

Civil Docket Number(s)
USDC-05-11348-NG
USDC-05-11603-NG

Joseph P. Schmitt, pro se
  Plaintiff
 v.
Robert Murphy, et al
  Defendants

<u>Plaintiff's Motion for Summary Judgment</u>

  Now comes the pro se plaintiff and moves this Honorable Court for Summary Judgment.
  As grounds thereof, plaintiff states as follows.
1. As evidenced by Form USM-285 Process Receipt And Return, the U.S. Marshall conducted service upon all named defendants (exception being Robert J. Waitkevich) on September 5, 2006;
2. None of the lawfully served defendants have filed any response, motion, nor has any counsel for any of the named defendants file a notice of appearance in the above captioned cases;
3. Plaintiff is entitled to summary judgment persuant

to Rule 56(a) of the Federal Rules of Civil Procedure.

WHEREFORE, Joseph P. Schmitt, pro se Plaintiff in the above-captioned actions, hereby respectfully request the court GRANT him Summary Judgment and schedule a hearing to determine damages and other such relief plaintiff is to be awarded.

Dated: January 18, 2007

Respectfully submitted,

_____
Joseph P. Schmitt
Pro se Plaintiff
30 Administration Road
Bridgewater, Ma. 02324

## Certificate of Service

I, Joseph P. Schmitt, hereby certify that a copy of the above motion was served upon all named defendants, served by U.S. Marshall on or about September 5, 2007, via inter department mail service on or about January 18, 2007

_____
Joseph P. Schmitt