United States District Court

Civil Action Nos.
USDC-05-11348-NG
USDC-05-11603-NG

Joseph P. Schmitt, pro se
   Plaintiff,

v.

Robert Murphy, et al.,
   Defendants.

## REQUEST FOR ENTRY OF DEFAULT JUDGMENT

TO: Clerk of the Court

  Plaintiff Joseph P. Schmitt requests that you enter judgment in default based upon the attached affidavit against defendants, Duane MacEachern, Robert Murphy, Kathleen M. Dennehy, Robert Clauss and Timothy Hall in the above entitled matter (05-11348-NG) for $800.00, plus compound interest due.

Respectfully filed,

[signature]
30 Administration Road
Bridgewater, MA. 02324

Dated: January 18, 2007

## Certificate of Service

I, Joseph P. Schmitt, Pro se Plaintiff in the above entitled matter hereby certify that a true copy of "Request For Entry of Default Judgment", and "Affidavit for Entry of Default" were served upon all named defendants except that of Robert Waitkevich via 1st class U.S. mail or Intra-facility or Inter department mail service on or about January 19, 2007

Joseph P. Schmitt
Pro se Plaintiff