United States District Court

FILED
CLERKS OFFICE
2007 FEB -2 A 11:55
U.S. DISTRICT COURT
DISTRICT OF MASS

Civil Action Nos
USDC-05-11348-NG
USDC-05-11603-NG

Joseph P. Schmitt, pro se
　　　　　Plaintiff,

　v.

Robert Murphy, et al.,
　　　　　Defendants

## Affidavit For Entry Of Default

Plaintiff, Joseph P. Schmitt, hereby states and deposes under pains and penalties of purjury.

1. I am the pro se plaintiff in the above-entitled matter.

2. The defendants, Duane MacEachern, Robert Murphy, Kathleen M. Dennehy, Robert Clauss and Timothy Hall were served with a copy of the summons and complaint on the 5th of September 2006 as appears from the Process Receipt and Return Form USM-285 filed with this Court by the U.S. Marshals Office.

3. The above named defendants have not filed

or served an answer or taken other action as may be permitted by law although more than 135 days have passed since the date of service.

January 18, 2006

_____
Joseph P. Schmitt
Pro se Plaintiff
30 Administration Road
Bridgewater, Ma. 02324