UNITED STATES DISTRICT COURT

FILED
CLERKS OFFICE

CIVIL ACTION NO.:
USDC2005-11348-NG

2007 FEB 23  A 11: 38

U.S. DISTRICT COURT
DISTRICT OF MASS

JOSEPH P. SCHMITT, pro se.,
    Plaintiff,

v.

ROBERT MURPHY, et al.,
    Defendants

## PLAINTIFF'S MOTION FOR CLARIFICATION REGARDING MOTION (#22)

    Now comes the pro se plaintiff and moves this Honorable Court for clarification of its Order dated February 14, 2007 with regards to plaintiff's motion (#22).

    Plaintiff specifically seeks clarification as to whether or not the Commonwealth's Department of Correction mail policy does or does not allow for **unlimited indigent postage** to any and all attorneys.

    Plaintiff again states that because the defendants have taken a stand that attorneys are not a ®Court Official" plaintiff therefore is not entitled to free postage, except for three one once letters which are also designated for personal mail. The policy as it stands deprives plaintiff from mailing any motion to any attorney which consists of more than six or seven pages. Furthermore, since plaintiff is actively engaged in upwards of twenty civil actions in the courts of the Commonwealth, he is unable to mail, via first class U.S. Mail, more than three one once motions to any of the many attorneys representing the many defendants.

    The base line question here is whether the defendants obvious word semantics are in fact lawful when such a practice

clearly deprives this pro se plaintiff from having an unfettered access to any attorney simply because he is too poor to pay the postage.

Dated: February 21, 2007

Respectfully filed,

Joseph P. Schmitt, pro se
Nemansket Corr. Facility
30 Administration Road
Bridgewater, Massachusetts
02324-3230

CERTIFICATE OF SERVICE

I, Joseph P. Schmitt, hereby certfy that a true copy of the above document was served upon Brendann J. Frigault via pre paid first class U.S. Mail on or about February 22, 2007

Joseph P. Schmitt, pro se