Joseph P. Schmitt
30 Administration Road
Bridgewater MA. 02324

FILED
IN CLERKS OFFICE

2007 FEB 26 P 1:35

U.S. DISTRICT COURT
DISTRICT OF MASS.

US District Court
Clerks Office
1 Courthouse Way, Suite 2300
Boston MA. 02210

2/22/07

RE: USDC-2005-cv-11348-NG

Dear Clerk:

Today I received notice that motions for Order [12] and Motion for Order [19] have been granted --- see entry dated 2/14/2007

Please forward me a true copy of the above noted motions as I have no idea which of my many motions are identified as [12] and/or [19].

I further request a copy of the updated docket entry sheet.

Please take action on this request as soon as possible.

Thank you ____________