United States District Court's Office

Joseph P. Schmitt, pro se,
        Plaintiff,

v.

Robert Murphy, et al
        Defendants

FILED
2007 APR 16  P 1: 28
U.S. DISTRICT COURT
DISTRICT OF MASS.

CA.# 2005-11348-NG

## MOTION TO COMPEL DISCOVERY

Now comes the pro se plaintiff and moves pursuant to Rules 34(b) and 37(a), Fed. R. Civ. P., for an order compelling the defendants to produce for inspection and copying the documents requested on February 23, 2007.

Dated: April 6, 2007

Respectfully filed,

Joseph P. Schmitt, pro se
Nemansket Correctional Facility
30 Administration Road
Bridgewater, Ma. 02324