# United States District Court

FILED
IN CLERKS OFFICE

2007 APR 16 P 1: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

Joseph P. Schmitt, pro se
           Plaintiff.

     v.

Robert Murphy, et al
         Defendants

C.A.# 2005 - 11348 - NG

## MOTION TO COMPEL DISCOVERY

Now comes the pro se plaintiff and moves pursuant to Rules 36 and 37(a), Fed. R. Civ. P., for an order compelling the defendant Robert Murphy to answer Request for Admissions dated and or served February 21, 2007

Dated: April 6, 2007

Respectfully filed,

Joseph P. Schmitt, pro se
Nemansket Correctional Facility
30 Administration Road
Bridgewater, Ma. 02324