UNITED STATES DISTRICT COURT

JOSEPH P. SCHMITT, pro se,
    Plaintiff,

v.

ROBERT MURPHY, et al.,
    Defendants

FILED
IN CLERKS OFFICE
USDC-2005-11348-NG

2007 APR 19  A 11: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

PRO SE PLAINTIFF'S MOTION FOR STATUS HEARING
REGARDING PLAINTIFF'S MOTIONS, DOCKET ENTRY NUMBERS
25, 26, 27 and 28, OR IN THE ALTERNATIVE FOR THE
COURT TO MAKE A RULING ON SAID MOTIONS

    Now comes the pro se plaintiff and moves this Honorable Court for a status hearing on motions mailed to this court clerks office on January 18,2007 and then docketed on February 2,2007. Said motions are as follows: "Plaintiff's Notice of Intent to File a Motion for Summary Judgment", " Plaintiff's Motion for Summary Judgment", "Request for Entry of Default Judgment", and "Affidavit for Entry of Default".

    In the alternative, Plaintiff moves this court to rule on the above noted motions without further delay as he strongly believes the evidence presented shall enable the Court to make a ruling in his favor and resolve a majority of the case at Bar.

    **WHEREFORE,** the pro se plaintiff respectfully prays this Honorable Court grant the above motion.

Dated: April 13,2007

Respectfully filed,

*/s/ Joseph P. Schmitt/*
Joseph P. Schmitt, pro se
Nemansket Correctional Facility
30 Administration Road
Bridgewater, Massachusetts
02324-3230

**CERTIFICATE OF SERVICE**

    The undersigned pro se plaintiff hereby certifies that a true photocopy of the above motion was served upon defendants counsel, Brendan J. Frigault via first Class Mail on April 14,2007

*/s/ Joseph P. Schmitt/*
Joseph P. Schmitt, pro se