UNITED STATES DISTRICT COURT

FILED
IN CLERKS OFFICE

2007 MAY 31  P 12: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

JOSEPH P. SCHMITT, pro se.,
    Plaintiff,

v.

ROBERT MURPHY, et al.,
    Defendants.

C.A. No.: 2005-11348-NG

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff, Joseph P. Schmitt moves the Court to enter a default judgment against defendants Robert Murphy, Robert Clauss, Duane MacEachern, Kathleen Dennehy and Timothy Hall for $800.00 with compound interest due since April 1, 2005 to present date. Plaintiff further moves for compensatory damages in the amount of $500.00 and punitive damages in the amount of $1000.00, and states:

1. A default judgment has been entered against defendants Robert Murphy, Robert Clauss, Duane MacEachern, Kathleen Dennehy and Timothy Hall in the above entitled matter.

2. Defendants Robert Murphy, Robert Clauss, Duane MacEachern, Kathleen Dennehy and Timothy Hall are not in the military service as shown by the attached affidavit.

Dated: May 24, 2007

Respectfully filed,

*[signature]*

Joseph P. Schmitt, pro se
    Plaintiff
Nemansket Correctional Facilty
30 Administration Road
Bridgewater, Massachusetts
02324-3230