UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2005-11348 and
NO. 2005-11603 (Consolidated)

**JOSEPH SCHMITT,**
      **Plaintiff,**

v.

**ROBERT MURPHY, ET AL.,**
      **Defendants.**

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

NOW COME the Defendants, Robert D. Clauss, David Leonard, Mark Dare, Steven Fairly, Robert Murphy, Robert J. Waitkevich, Kathleen M. Dennehy, and Timothy Hall (collectively, the "Defendants"), by and through undersigned counsel, and hereby move this honorable Court to extend the time for serving a responsive pleading to Plaintiff's Motion for Summary Judgment, up to and including December 28, 2007.

As reasons therefore, counsel states he is scheduled to represent the Commonwealth of Massachusetts in a G.L.c. 123A, section 9 Superior Court jury trial: *Verdigo v. Commonwealth*, Middlesex No. MICV2002-01411, Unified Session No. SUCR2002-11338, currently scheduled to begin trial in Plymouth Superior Court (Brockton) on Wednesday, December 12, 2007. These trials are extremely fact intensive and require significant preparation.

This delay in responding to the complaint will in no way prejudice the plaintiff's lawsuit.

                                            Respectfully Submitted
                                            by Defendants Murray, Brady and Henry,

                                            NANCY ANKERS WHITE
                                            Special Assistant Attorney General

                          by:    s/ BRENDAN J. FRIGAULT
                                            Brendan J. Frigault, Counsel
                                            BBO No. 647669
                                            Department of Correction
                                            Massachusetts Treatment Center
                                            30 Administration Road
                                            Bridgewater, Massachusetts 02324
                                            (508) 279-8185
Dated: December 7, 2007              FAX: (508) 279-8181

## CERTIFICATE OF SERVICE

    I hereby certify that I caused a true copy of the attached document to be served upon the Petitioner through intra-facility mail.

    Joseph Schmitt, M81137
    Massachusetts Treatment Center
    30 Administration Rd.
    Bridgewater, MA 02324

                                            s/ BRENDAN J. FRIGAULT
                                            Brendan J. Frigault

Dated: December 7, 2007