UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2005-11348 and
NO. 2005-11603 (Consolidated)

JOSEPH SCHMITT,
        Plaintiff,

v.

ROBERT MURPHY, ET AL.,
        Defendants.

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

NOW COME the Defendants, Robert D. Clauss, David Leonard, Mark Dare, Steven Fairly, Robert Murphy, Robert J. Waitkevich, Kathleen M. Dennehy, and Timothy Hall (collectively, the "Defendants"), by and through undersigned counsel, and hereby move this honorable Court to extend the time for serving a responsive pleading to Plaintiff's Motion for Summary Judgment, up to and including February 28, 2008.

As reasons therefore, counsel states he is scheduled to represent the Commonwealth of Massachusetts in two G.L.c. 123A, section 9 Superior Court jury trial: *McIntyre v. Commonwealth*, Worcester, Unified Session No. SUCR2006-10109, currently scheduled to begin trial in Plymouth Superior Court on January 22, 2008; and *Guillotte v. Commonwealth*, Hampden, Unified Session No. SUCR2006-10221, currently scheduled to begin trial in Plymouth Superior Court on February 25, 2008. Counsel may also be assigned to a jury trial on February 5, 2008. These trials are extremely fact intensive and require significant preparation.

In addition, counsel is scheduled to appear before the Appeals Court on January 8, 2008, to argue *Miller v. Commonwealth*, 2006-P-1815.  Counsel also has an appellate argument scheduled for January 17, 2007 in the case of *Quintal v. Commonwealth*, 2007-P-0398, via telephone.

Finally, the issues raised by the *pro se* Plaintiff in his two separate complaints and his motion for summary judgment require extensive research and analysis.  Further time is required to properly draft a response to the Plaintiff's motion for summary judgment that will address all of the issues, and thus save future time and resources.

This delay in filing the motion will in no way prejudice the plaintiff's lawsuit.

        Respectfully Submitted
        by Defendants Murray, Brady and Henry,

        NANCY ANKERS WHITE
        Special Assistant Attorney General

by:    s/ BRENDAN J. FRIGAULT
        Brendan J. Frigault, Counsel
        BBO No. 647669
        Department of Correction
        Massachusetts Treatment Center
        30 Administration Road
        Bridgewater, Massachusetts 02324
        (508) 279-8185

Dated:  December 27, 2007        FAX: (508) 279-8181

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the attached document to be served upon the Petitioner through intra-facility mail.

Joseph Schmitt, M81137
Massachusetts Treatment Center
30 Administration Rd.
Bridgewater, MA 02324

                                                s/ BRENDAN J. FRIGAULT
                                                Brendan J. Frigault

Dated: December 27, 2007