UNITED STATES DISTRICT COURT

JOSEPH P. SCHMITT, pro se
    Plaintiff,

v.                                C.A. No. 2005-11348-NG

ROBERT MURPHY, et al.,
    Defendants.

### PLAINTIFF'S OPPOSITION TO, DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

    Now comes the pro se plaintiff, Joseph P. Schmitt, and opposes the defendants motion for extension of time to file response to plaintiff's motion for summary judgment.

    As grounds plaintiff states the following:

1.    Plaintiff filed this action on or about 6/22/05.

2.    Defendants did not file an answer to complaint until after the pro se plaintiff filed for and received default on defendants which was about May 31, 2007.

3.    Defendants clearly had ample time to file any and all responsive pleadings in this case but chose to procrastinate and ignore this case as though it would magically disappear into thin air.

4.    Defendants legal department has over one hundred Bar certified attorneys at their disposal, yet they make the informed decisions to further overextend counsel of record, at the cost of plaintiff being subjected to further delays and seperation from his lawful personal property.

5.    In civil action PLCV2007-00575 Schmitt v. Pushkina, counsel's sister, attorney Jody A. Brenner so eloquently opposed plaintiff's motion for extension of time to file an opposition. See attached exhibit #1.

6.    If plaintiff is subject to the Rules of Civil Procedure, then it is a given that Bar Certified Counsel of the Commonwealth are held to the same rules and a higher expectation of obeying such rules to the very letter. Clearly defendants' counsel, Brendan J. Frigault is an experience litigator and knows the rules of civil procedure.

7.    Plaintiff has the right to justice without delay. See Art. XI of the Constitution of the Commonwealth of Massachusetts.

8.  Considering the track record of the defendants' counsel just in the case(s) at bar, plaintiff states that any extension would be a disrepect to this Court, the Laws of the Commonwealth and the United States and towards the pro se indigent plaintiff himself.

9.  An extension of time is not a guaranteed right, but is a discretion of the Court, not to be freely handed out to those who clearly have no regard for the relevant rules of procedural and substantive law.

   Wherefore, plaintiff prays this Honorable Court deny defendants motion for extension of time to file response to plaintiff's motion for summary judgment, based on the defendants blatant disregard for the relevant rules of procedural and substantive law. Plaintiff further moves that this Court rule on his motion for summary judgment within the time limits allowed and dictated by letter of law and/or those of federal civil procedure.

Dated: December 10, 2007

Respectfully filed,

_/s/ Joseph P. Schmitt_
Joseph P. Schmitt, pro se
30 Administration Road
Bridgewater, Massachusetts
02324-3230

## CERTIFICATE OF SERVICE

I, Joseph P. Schmitt, hereby certify that a true copy of the above has been served upon opposing counsel via inter department mail on or about 12/11/2007 at 20 Administration Road, Bridgewater, MA., 02324-3230

_/s/ Joseph P. Schmitt_
Joseph P. Schmitt, pro se
Plaintiff




*The Commonwealth of Massachusetts*
*Executive Office of Public Safety and Security*
*Department of Correction*
*Legal Division*
*70 Franklin St., Suite 600*
*Boston, Massachusetts 02110-1300*
*Tel: (617-727-3300 Ext. 124)*
*www.mass.gov/doc*

**Deval L. Patrick**
Governor

**Timothy P. Murray**
Lieutenant Governor

**Kevin M. Burke**
Secretary

**James R. Bender**
Acting Commissioner

**Timothy Hall**
Acting Deputy Commissioner

**Nancy Ankers White**
General Counsel

November 16, 2007

Civil Clerk
Plymouth Superior Court
52 Obery Street
Plymouth, MA  02360

RE:  **Schmitt v. Pushkina, et al.**
     **No. 07-00575**

Dear Madam/Sir:

   Enclosed for filing in the above referenced matter, please find Defendants' Opposition To Plaintiff's Motion To Enlarge Time and exhibit, along with a Certificate of Service.

   Thank you for your attention to this matter.

                                Very truly yours,

                                /s/ Jody Brenner
                                Jody A. Brenner
                                Counsel

cc:  Joseph Schmitt, Mass. Treatment Center
     Kevin Mulvey, Esq.

*Exhibit #1*

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS.                                           SUPERIOR COURT
                                                        C.A. No. 07-00575
JOSEPH SCHMITT,

        Plaintiff,

vs.

NATALYA PUSHKINA, ET AL.

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ENLARGE TIME

The Department of Correction defendants hereby oppose "Plaintiff's Emergency Motion for Enlargement of Time to Respond to the Department of Correction Defendants' Motion to Dismiss, or in the alternative, Motion for Summary Judgment."

As grounds therefore, the DOC defendants state as follows:

1. Plaintiff filed this lawsuit on or about May 4, 2007. See docket sheet, attached hereto as Exhibit 1.

2. Approximately ten days after plaintiff filed the complaint, he unsuccessfully attempted to stay the action. See docket entry 5, dated May 14, 2007 and entry 6, dated May 15, 2007.

3. The Department of Correction defendants filed a Motion to Dismiss on or about September 5, 2007. See docket entry 28. Plaintiff was served with a copy of this motion. See certificate of service, attached to defendants' Motion to Dismiss.

4. On September 6, 2007, this Court stated that "plaintiff has 30 days to respond," to defendants' Motion to Dismiss. See docket entry 29.

5. Counsel for defendants received a copy of the notice from the Court with the September 6, 2007 ruling.

6. Although plaintiff claims he never received the DOC defendants' Motion to Dismiss, or the clerk's notice dated September 6, 2007, the docket sheet

reflects that docket sheets were mailed to plaintiff on September 28, 2007. See docket entry 30.

7. Given that he received copies of the docket sheet, plaintiff has been on notice since **September 2007** that the Department of Correction defendants filed a dispositive motion and that he had been instructed by the Court to respond within thirty days. Id.

8. If Schmitt did not have a copy of the DOC Defendants' Motion to Dismiss as of September 2007, one would think that he would have requested a copy sooner than November 6, 2007.

9. It is noteworthy that plaintiff has also failed to respond to Defendant Pushkina and Botelho's Motion for Summary Judgment, filed on August 29, 2007. See docket entry 26.

10. Plaintiff now requests an unreasonable enlargement of time until **February 15, 2008**, to respond to the Department of Correction's Motion to Dismiss, which was filed more than two months ago.

11. In a Motion filed before the Court of Appeals for the First Circuit days ago, attached hereto, plaintiff admitted that he was "overstretched and just recently has been able to actively file oppositions and other such motions in his numerous State and Federal civil actions." See Motion for Enlargement of Time To File Brief, attached hereto as Exhibit 2.

12. The fact that plaintiff has overextended himself with dozens of lawsuits does not grant him license to disregard deadlines and ignore the rules of civil procedure.

13. Prisoners, simply because of their status as prisoners, are not afforded carte blanche to flaunt the rules of civil procedure. "The right of self-representation is not 'a license not to comply with the relevant rules of procedural and

2

substantive law.'" International Fidelity Ins. Co. v. Wilson, 387 Mass. 841, 847 (1983), quoting Faretta v. California, 422 U.S. 806, 834-835 n.46 (1975).

14. The established law in Massachusetts is that pro se litigants are bound by the same rules of civil procedure as litigants with counsel. Broussard v. West Roxbury Dist. Court, 417 Mass. 183, 629 N.E.2d (1994); Friedman v. Board of Registration in Medicine, 414 Mass. 663, 666 (1993); Mmoe v. Commonwealth, 393 Mass. 617, 620 (1985) Kornatowski v. Family Mutual Savings Bank, 388 Mass. 1011 (1983); International Fidelity Ins. Co. v. Wilson, 387 Mass. 841, 847 (1983). Pidge v. Superintendent, Mass. Correctional Institution, Cedar Junction, 32 Mass. App. Ct. 14, 15 (1992)(prisoner case).

Wherefore, the Department of Correction defendants respectfully request that this Court deny plaintiff's Emergency Motion to Enlarge time.

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

DATED: November 16, 2007

_____
Jody A. Brenner, Counsel
B.B.O. # 633795
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300 ext. 169

**CERTIFICATE OF SERVICE**

I hereby state under the pains and penalties of perjury that I did this day serve a photocopy of the above document upon all parties of record, including the pro se plaintiff, via first class mail.

Date: 11/16/07

_____
Jody A. Brenner

3

# Commonwealth of Massachusetts
# SUPERIOR COURT
# Case Summary
# Civil Docket



EXHIBIT 1

## Schmitt v Pushkina et al

Details for Docket: PLCV2007-00575

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | PLCV2007-00575 | **Caption:** | Schmitt v Pushkina et al |
| **Filing Date:** | 05/04/2007 | **Case Status:** | Needs review for service |
| **Status Date:** | 05/04/2007 | **Session:** | Civil B - 3rd Floor- (52 Obery St., Plymouth) |
| **Lead Case:** | NA | **Case Type:** | Most |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | A | **Discovery:** | 04/23/2009 |
| **Service Date:** | 08/02/2007 | **Disposition:** | 04/18/2010 |
| **Rule 15:** | 07/27/2008 | **Rule 12/19/20:** | 10/01/2007 |
| **Final PTC:** | 10/20/2009 | **Rule 56:** | 06/22/2009 |
| **Answer Date:** | 09/01/2007 | **Jury Trial:** | NO |

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | PLCV2007-00575 | **Caption:** | Schmitt v Pushkina et al |
| **Filing Date:** | 05/04/2007 | **Case Status:** | Needs review for service |
| **Status Date:** | 05/04/2007 | **Session:** | Civil B - 3rd Floor- (52 Obery St., Plymouth) |
| **Lead Case:** | NA | **Case Type:** | Declaratory judgement (231A) |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | A | **Discovery:** | 04/23/2009 |
| **Service Date:** | 08/02/2007 | **Disposition:** | 04/18/2010 |
| **Rule 15:** | 07/27/2008 | **Rule 12/19/20:** | 10/01/2007 |
| **Final PTC:** | 10/20/2009 | **Rule 56:** | 06/22/2009 |
| **Answer Date:** | 09/01/2007 | **Jury Trial:** | NO |

## Parties Involved

10 Parties Involved in Docket: PLCV2007-00575

**Party**

| | | | |
|---|---|---|---|
| Involved: | | Role: | Defendant |
| Last Name: | Botelho | First Name: | Manuel |
| Address: | Nemansket Correctional Facility | Address: | 30 Administration Rd. |
| City: | Bridgewater | State: | MA |
| Zip Code: | 02324 | Zip Ext: | |
| Telephone: | | | |

| | | | |
|---|---|---|---|
| Party Involved: | | Role: | Defendant |
| Last Name: | Brady | First Name: | Elizabeth |
| Address: | | Address: | |
| City: | | State: | |
| Zip Code: | | Zip Ext: | |
| Telephone: | | | |

| | | | |
|---|---|---|---|
| Party Involved: | | Role: | Defendant |
| Last Name: | Frigault | First Name: | Bendan |
| Address: | Nemansket Correctional Facility | Address: | 30 Administration Rd |
| City: | Bridgewater | State: | MA |
| Zip Code: | 02324 | Zip Ext: | |
| Telephone: | | | |

| | | | |
|---|---|---|---|
| Party Involved: | | Role: | Defendant |
| Last Name: | Mansfield | First Name: | Brian |
| Address: | Nemansket Correctional Facility | Address: | 30 Administration Rd. |
| City: | Bridgewater | State: | MA |
| Zip Code: | 02324 | Zip Ext: | |
| Telephone: | | | |

| | | | |
|---|---|---|---|
| Party Involved: | | Role: | Defendant |
| Last Name: | Murphy | First Name: | Joseph |
| Address: | | Address: | |
| City: | | State: | |
| Zip Code: | | Zip Ext: | |
| Telephone: | | | |

Party

| | | | |
|---|---|---|---|
| Party Involved: | | Role: | Defendant |
| Last Name: | Murphy | First Name: | Robert |
| Address: | Nemansket Correctional Facility | Address: | 30 Adiministration Rd. |
| City: | Bridgewater | State: | MA |
| Zip Code: | 02324 | Zip Ext: | |
| Telephone: | | | |

| | | | |
|---|---|---|---|
| Party Involved: | | Role: | Defendant |
| Last Name: | Murray | First Name: | Mary |
| Address: | Nemansket Correctional Facility | Address: | 30 Administration Rd. |
| City: | Bridgewater | State: | MA |
| Zip Code: | 02324 | Zip Ext: | |
| Telephone: | | | |

| | | | |
|---|---|---|---|
| Party Involved: | | Role: | Defendant |
| Last Name: | Pushkina | First Name: | Natalya |
| Address: | Nemansket Correctional FacilitY | Address: | 30 Administration Rd. |
| City: | Bridgewater | State: | MA |
| Zip Code: | 02324 | Zip Ext: | |
| Telephone: | | | |

| | | | |
|---|---|---|---|
| Party Involved: | | Role: | Defendant |
| Last Name: | Thomas | First Name: | Michael |
| Address: | Nemansket Correctional Facility | Address: | 30 Administration Rd. |
| City: | Bridgewater | State: | MA |
| Zip Code: | 02324 | Zip Ext: | |
| Telephone: | | | |

| | | | |
|---|---|---|---|
| Party Involved: | | Role: | Plaintiff |
| Last Name: | Schmitt | First Name: | Joseph |
| Address: | Nemansket Correctional Center | Address: | 30 Administration Road |
| City: | Bridgewater | State: | MA |
| Zip Code: | 02324 | Zip Ext: | |
| Telephone: | | | |

## Attorneys Involved

9 Attorneys Involved for Docket: PLCV2007-00575

| **Attorney Involved:** | | **Firm Name:** | MULV01 |
|---|---|---|---|
| **Last Name:** | Mulvey | **First Name:** | Kevin W |
| **Address:** | 1244 Boylston Street | **Address:** | Suite 200 |
| **City:** | Brookline | **State:** | MA |
| **Zip Code:** | 02467 | **Zip Ext:** | |
| **Telephone:** | 617-278-1881 | **Tel Ext:** | 309 |
| **Fascimile:** | 617-278-1888 | **Representing:** | Pushkina, Natalya (Defendant) |

| **Attorney Involved:** | | **Firm Name:** | MULV01 |
|---|---|---|---|
| **Last Name:** | Mulvey | **First Name:** | Kevin W |
| **Address:** | 1244 Boylston Street | **Address:** | Suite 200 |
| **City:** | Brookline | **State:** | MA |
| **Zip Code:** | 02467 | **Zip Ext:** | |
| **Telephone:** | 617-278-1881 | **Tel Ext:** | 309 |
| **Fascimile:** | 617-278-1888 | **Representing:** | Botelho, Manuel (Defendant) |

| **Attorney Involved:** | | **Firm Name:** | MA14 |
|---|---|---|---|
| **Last Name:** | Brenner | **First Name:** | Jody A |
| **Address:** | 70 Franklin Street | **Address:** | Suite 600 |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 1300 |
| **Telephone:** | 617-727-3300 | **Tel Ext:** | 169 |
| **Fascimile:** | 617-727-7403 | **Representing:** | Thomas, Michael (Defendant) |

| **Attorney Involved:** | | **Firm Name:** | MA14 |
|---|---|---|---|
| **Last Name:** | Brenner | **First Name:** | Jody A |
| **Address:** | 70 Franklin Street | **Address:** | Suite 600 |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 1300 |
| **Telephone:** | 617-727-3300 | **Tel Ext:** | 169 |
| **Fascimile:** | 617-727-7403 | **Representing:** | Murphy, Robert (Defendant) |

| **Attorney Involved:** | | **Firm Name:** | MA14 |
|---|---|---|---|
| **Last Name:** | Brenner | **First Name:** | Jody A |
| **Address:** | 70 Franklin Street | **Address:** | Suite 600 |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 1300 |
| **Telephone:** | 617-727-3300 | **Tel Ext:** | 169 |
| **Fascimile:** | 617-727-7403 | **Representing:** | Murphy, Joseph (Defendant) |

| **Attorney Involved:** | | **Firm Name:** | MA14 |
|---|---|---|---|
| **Last Name:** | Brenner | **First Name:** | Jody A |
| **Address:** | 70 Franklin Street | **Address:** | Suite 600 |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 1300 |
| **Telephone:** | 617-727-3300 | **Tel Ext:** | 169 |
| **Fascimile:** | 617-727-7403 | **Representing:** | Murray, Mary (Defendant) |

| **Attorney Involved:** | | **Firm Name:** | MA14 |
|---|---|---|---|
| **Last Name:** | Brenner | **First Name:** | Jody A |
| **Address:** | 70 Franklin Street | **Address:** | Suite 600 |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 1300 |
| **Telephone:** | 617-727-3300 | **Tel Ext:** | 169 |
| **Fascimile:** | 617-727-7403 | **Representing:** | Brady, Elizabeth (Defendant) |

| **Attorney Involved:** | | **Firm Name:** | MA14 |
|---|---|---|---|
| **Last Name:** | Brenner | **First Name:** | Jody A |
| **Address:** | 70 Franklin Street | **Address:** | Suite 600 |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 1300 |
| **Telephone:** | 617-727-3300 | **Tel Ext:** | 169 |
| **Fascimile:** | 617-727-7403 | **Representing:** | Mansfield, Brian (Defendant) |

| **Attorney Involved:** | | **Firm Name:** | MA14 |
|---|---|---|---|
| **Last Name:** | Brenner | **First Name:** | Jody A |
| **Address:** | 70 Franklin Street | **Address:** | Suite 600 |

| | |                | |                |                              |
|---|---|--------------|---|----------------|------------------------------|
| **City:** | Boston | | **State:** | MA | |
| **Zip Code:** | 02110 | | **Zip Ext:** | 1300 | |
| **Telephone:** | 617-727-3300 | | **Tel Ext:** | 169 | |
| **Fascimile:** | 617-727-7403 | | **Representing:** | Frigault, Bendan (Defendant) | |

## Calendar Events

5 Calendar Events for Docket: PLCV2007-00575

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 08/06/2007 | 16:00 | Status: Clerk Follow UP | B | Event held as scheduled |
| 2 | 08/27/2007 | 16:00 | Status: Clerk Follow UP | B | Event held as scheduled |
| 3 | 09/04/2007 | 16:00 | Status: Clerk Follow UP | B | Event held as scheduled |
| 4 | 10/10/2007 | 16:00 | Status: Clerk Follow UP | B | Event held as scheduled |
| 5 | 12/07/2007 | 14:00 | Motion/Hearing: Rule12 to Dismiss | B | Event canceled not re-scheduled |

## Full Docket Entries

79 Docket Entries for Docket: PLCV2007-00575

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 05/04/2007 | 1 | Affidavit of Indigency-Indigency established at this time filing fee |
| 05/04/2007 | 1 | waived, service to be completed by sheriff at defendant's place of |
| 05/04/2007 | 1 | employment (David A. McLaughlin, Justice) |
| 05/04/2007 | | Origin 1, Type D13, Track A. |
| 05/04/2007 | 2 | Complaint & civil action cover sheet filed |
| 05/04/2007 | 3 | Pltff's MOTION for service by sheriff |
| 05/08/2007 | 4 | MOTION (P#3) No Action Pending Receipt of currant Canteen Account |
| 05/08/2007 | 4 | (David A. McLaughlin). Notices mailed 5/8/2007 |
| 05/08/2007 | | Tracking order, administrative directive 92-1 and 9 summons sent to |
| 05/08/2007 | | pltff |
| 05/14/2007 | 5 | Pltff's MOTION to stay action |
| 05/15/2007 | 6 | MOTION (P#5) Denied without prejudice to be renewed if necessary |
| 05/15/2007 | 6 | (David A. McLaughlin, Justice). Notices mailed 5/15/2007 |
| 06/18/2007 | | Copy of docket sheet sent to plaintiff |
| 06/18/2007 | | Plymouth County Sheriff's Dept picked up copies of case for service |
| 06/22/2007 | 7 | SERVICE RETURNED: Manuel Botelho(Defendant) in hand to Doreen Walcott |
| 06/22/2007 | 7 | agent/person in charge |

| Date | # | Description |
|---|---|---|
| 06/22/2007 | 8 | SERVICE RETURNED: Bendan Frigault(Defendant) in hand to Doreen Walcott agent/person in charge |
| 06/22/2007 | 9 | SERVICE RETURNED: Brian Mansfield(Defendant) in hand to Doreen Walcott agent/person in charge |
| 06/22/2007 | 10 | SERVICE RETURNED: Michael Thomas(Defendant) in hand to Doreen Walcott agent/person in charge |
| 06/22/2007 | 11 | SERVICE RETURNED: Mary Murray(Defendant) in hand to Doreen Walcott agent/person in charge |
| 06/22/2007 | 12 | SERVICE RETURNED: Natalya Pushkina(Defendant) in hand to Doreen Walcott agent/person in charge |
| 06/22/2007 | 13 | SERVICE RETURNED: Robert Murphy(Defendant) in hand to Doreen Walcott agent/person in charge |
| 07/09/2007 | 14 | Defts Natalya Pushkina and Manuel Botelho's MOTION to enlarge time for responding to pltff's complaint 30 days to August 8, 2007 |
| 07/10/2007 | 15 | AFFIDAVIT (P#1) Service modified on defendants not yet served. Service ordered by sheriff at last & usual place of employment (Richard F. Connon, Justice) |
| 07/11/2007 | | Package sent to Plymouth County Sheriff's Dept for service in accordance with (P#15) |
| 07/16/2007 | 16 | MOTION (P#14) Allowed. (Richard F. Connon, Justice). Notices mailed 7/17/2007 |
| 07/24/2007 | 17 | SERVICE RETURNED: Joseph Murphy(Defendant) |
| 07/24/2007 | 18 | SERVICE RETURNED: Elizabeth Brady(Defendant) |
| 07/24/2007 | 19 | Defts Michael Thomas and Robert Murphy's MOTION to enlarge time to file a responsive pleading up to and including August 24, 2007 |
| 07/26/2007 | 20 | MOTION (P#19) Allowed (Richard F. Connon, Justice). Notices mailed 7/27/2007 |
| 07/27/2007 | 21 | Defts' MOTION to enlarge time to file a responsive pleading up to and including August 24, 2007 |
| 07/30/2007 | 22 | Pltff's opposition to defts' motion to enlarge time (P#21) |
| 07/30/2007 | 23 | MOTION (P#21) Allowed (Richard F. Connon, Justice). Notices mailed 7/31/2007 |
| 08/02/2007 | | Tracking order to all counsel |
| 08/22/2007 | 24 | Defts Robert Murphy, Joseph Murphy, Mary Murray, Elizabeth Brady, Brian Mansfield, Bendan Frigault and Michael Thomas's MOTION to enlarge time to file a responsive pleading up to and including September 7, 2007 |
| 08/23/2007 | 25 | MOTION (P#24) ALLOWED. (Richard F. Connon, Justice) Notices mailed 8/24/2007 |
| 08/29/2007 | 26 | Defts Natalya Pushkina and Manuel Botelho's MOTION for Summary Judgment, pursuant to Mass.R.Civ.P. 56 |

| Date | No. | Description |
|---|---|---|
| 09/04/2007 | 27 | MOTION (P#26) Plaintiff has 30 days to respond (Richard F. Connon, Justice). Notices mailed 9/4/2007 |
| 09/05/2007 | 28 | Defts Robert Murphy, Joseph Murphy, Mary Murray, Elizabeth Brady, Brian Mansfield, Bendan Frigault and Michael Thomas's MOTION to Dismiss (MRCP 12b6) |
| 09/06/2007 | 29 | MOTION (P#28) Plaintiff has 30 days to respond (Richard F. Connon, Justice). Notices mailed 9/6/2007 |
| 09/27/2007 | 30 | Docket sheets mailed to plaintiff 9-28-07 |
| 11/02/2007 | 31 | Defts Robert Murphy, Joseph Murphy, Mary Murray, Elizabeth Brady, Brian Mansfield, Bendan Frigault and Michael Thomas's RENEWED MOTION to dismiss |
| 11/07/2007 | 32 | Notice sent to appear on 12/7/2007 for a hearing on DOC defts' renewed motion to dismiss (P#31) |
| 11/07/2007 | 33 | Habeas corpus ad testificandum issued as to Joseph Schmitt at Nemansket Correctional Center on 12/7/2007 in the Superior Court Courtroom |
| 11/08/2007 | 34 | Pltff's EMERGENCY MOTION for enlargement of time to February 15, 2008 to respond to DOC defts' motion to dismiss and for an order to reserve their motion allegedly served on pltff 9/5/07 |
| 11/08/2007 | 35 | Pltff's EMERGENCY MOTION for enlargement of time to January 31, 2008 to respond to defts Pushkina and Botelho's motion for summary judgment |

EXHIBIT 2

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

------------------

No. 07-2177

JOSEPH P. SCHMITT
Plaintiff - Appellant

NOV 13 2007

v.

THOMAS CARTER; ERNEST THERIEN;
MASSACHUSETTS DEPARTMENT OF CORRECTIONS;
WILLIAM GROSSI; PETER ALLEN;
MASSACHUSETTS DEPARTMENT OF PUBLIC SAFETY
Defendants - Appellees

------------------

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE BRIEF

Now comes the pro se plaintiff-appellant and moves the Court for an enlargement of time to file his brief up to and including January 14, 2008.

As grounds for the above captioned motion plaintiff-appellant states the following under pains and penalties of perjury:

1. Plaintiff is civilly committed persuant of G.L. c. 123A at the Nemansket Correctional Facility (Treatment Center at Bridgewater).

2. The Department of Correction has failed to make the law library accessable to the population due to shortage of staff and other such administrative issues.

3. Plaintiff-Appellant has a great deal of legal issues currently filed in the Commonwealth's Superior Courts', U.S.D.C., and in this Appeals Court. Hs is over-stretched and just recently has been able to actively file oppositions and other such motions in his numerous State and Federal civil actions.

4. The Department of Correction and other defendants have filed numerous motions in the numerous civil actions plaintiff-appellant has within the Courts of the Commonwealth.

5. Being pro se and inexperienced with the legal world plaintiff-appellant requires more time to conduct research and the compile a written motion or other such pleading in his various cases.

6. At the present time it is believed by plaintiff-appellant that he has approximately 3-4 U.S. Court of Appeal cases to file a brief in, and several Motions to Dismiss to respond to in the Superior Court cases he has filed in the

Commonwealth's Superior Courts, and other issues within the U.S.D.C. cases.

7.      Most importantly, plaintiff-appellant is in the process of trying to obtain Transcripts/Evidence used in his G.L. c.123A SDP case at the Worcester Superior Court. Said material is vital to his case preparation. AS of this date neither the Worcester Superior Court or former Counsel Christopher P. LoConto has responded to requests made upon them by plaintiff-appellant.

8.      Plaintiff-Appellant apologizes to this Honorable Court for his failure to file a motion for enlargement of time in a more timely manner, and begs this Court's indulgence in this matter.

WHEREFORE, Plaintiff-Appellant prays this Honorable Court allow Plaintiff's-Appellant's motion for enlargement of time up to and including January 14, 2008, and further states that such enlargement in no way prejudices the defendants'-appellees.

Dated: November 2, 2007

Respectfully filed,

Joseph P. Schmitt, pro se
Plaintiff-Appellant
Nemansket Correctional Facility
30 Administration Road
Bridgewater, Massachusetts
02324-3230

CERTIFICATE OF SERVICE

Undersigned pro se plaintiff-appellant hereby certify that a true copy of the above motion was served upon opposing counsel, C. Raye Poole at 70 Franklin Street, Suite 600, Boston, Massachusetts 02110-1300 via Inter-Department Mail on or about November 6, 2007

Joseph P. Schmitt, pro se
Plaintiff-Appellant