UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. (Cosolidated)
2005-11348-NG & 2005-11603-NG

JOSEPH P. SCHMITT, pro se.,
      Plaintiff,

   -vs-

ROBERT MURPHY, et al.,
      Defendants.

## PRO SE PLAINTIFF'S MOTION SEEKING DEFINITION
## AND CLARIFICATION OF HIS RIGHTS

     Now comes the pro se indigent plaintiff, Joseph P. Schmitt, **a civilly committed person pursuant to MGL c. 123A §12**, housed in the Commonwealth's **Department of** Correction's Nemansket Correctional Facility, also known as the **Massachusetts Treatment Center** and moves this Honorable Court to define and clarify his rights regarding;

1.     PROPERTY ISSUES:
     (A)  Retention of Personal Property,
     (B)  Removal of Personal Property,
     (C)  Obtaining Personal Property,
     (D)  Repairing of Personal Property.

2.     PERSONAL FUNDS/FINANCIAL ISSUES:
     (A)  Receiving funds,
     (B)  Dispersement of Personal Funds,
     (C)  Establishment of Personal (Non D.O.C.) Bank Account,

     Plaintiff states that as a civilly committed person he believes his rights are above and beyond those of a prisoner serving a prison sentence for a violation of state/federal laws.

     **WHEREFORE**, the pro se civilly commited indigent plaintiff, Joseph P.

Schmitt, prays this Honorable Court DEFINE AND CLARIFY his rights regarding the forementioned issues.


Dated: June 16, 2008


Respectfully Submitted,

Joseph P. Schmitt, pro se
Plaintiff
Nemansket Correctional Facility
30 Administration Road
Bridgewater. Massachusetts
02324-3230


## CERTIFICATE OF SERVICE

The undersigned pro se plaintiff hereby states that a true copy of the above motion seeking definition and clarification of his rights was served upon defendants' counsel. Brendan J. Frigault, at 30 Administration Road Bridgewater Massachusetts 02324-3230 on or about June 17,2008 via inter-facility mail

Joseph P. Schmitt, pro se
Plaintiff
Nemansket Correctional Facility
30 Administration Road
Bridgewater, Massachusetts
02324-3230