

Deval L. Patrick
*Governor*

Timothy P. Murray
*Lieutenant Governor*

Kevin M. Burke
*Secretary*

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*

*Department of Correction*
*Massachusetts Treatment Center*
*30 Administration Road*
*Bridgewater, Massachusetts  02324-3230*

Tel: (508) 279-8100   Fax: (508) 279-8105
www.mass.gov/doc



Harold W. Clarke
*Commissioner*

James R. Bender
*Deputy Commissioner*

Robert F. Murphy
*Superintendent*

June 24, 2008

Judge Nancy Gertner
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210
FAX: (617) 204-5830

　　　　Re: *Schmitt v. Murphy, et al.,* No. 2005-11348

Dear Judge Gertner:

　　　　On Thursday, June 12, 2008, the court conducted a status conference regarding the above-entitled matter. During the conference, Plaintiff Joseph Schmitt indicated that the Superintendent of the Massachusetts Treatment Center, Robert Murphy, also a defendant in this case, refused Mr. Schmitt's request to be granted indigency status under 103 CMR 481 - Inmate Mail. You asked me to investigate the matter and respond to the Court by June 23, 2008.

　　　　On April 22, 2008, Mr. Schmitt wrote to Superintendent Murphy requesting that he be declared indigent. The relevant regulation, 103 CMR 481.06, provides a definition of "indigent inmate:"

　　　　　　Indigent Inmate - Upon request for waiver of fees or cost, an inmate may be declared indigent if:

　　　　　　(a) At the time of the request, the inmate has, in all accounts to which he or she has access, a total amount less than or equal to ten dollars ($10.00) plus the cost or fees sought to be waived; and

　　　　　　(b) At no time for the sixty days immediately preceding said request, have the inmate's accounts contained more than ten dollars ($10.00) plus the cost or fees sought t o be waived. (e.g. request to waiver $5.00 on 7/1/98; indigent if, at no time since 5/1/98, total in accounts has been more than $15.00).

　　　　　　In addition to the above definition, the superintendent may in his discretion, designate an inmate as indigent if the inmate has

less than $2.00 in his account at the time of the request, or in other circumstances as he or she deems appropriate.[1]

Based upon this regulation and Mr. Schmitt's prior and extensive history of abusing the mail regulations, Superintendent Murphy denied his request on or about May 8, 2008. According to Mr. Schmitt's records, in the 60 days preceding his request, Mr. Schmitt received income from various sources totaling $853.23.[2] During the same period, Mr. Schmitt made $544.11 in purchases. These purchases included $436.00 worth of items from the Canteen Corporation, including items such as peanut butter, hot sauce, clams, octopus, and garlic powder.[3]

Based on the foregoing, Superintendent Murphy has concluded that Mr. Schmitt is not an "indigent inmate."

Very truly yours,

Brendan J. Frigault, Counsel
Department of Correction

Enclosures

cc: Joseph Schmitt, M81137
Massachusetts Treatment Center
30 Administration Road
Bridgewater, MA 02324

---

[1] Massachusetts Treatment Center residents serving civil commitments, such as Mr. Schmitt, are defined using this same regulation. *See* Massachusetts Treatment Center Procedural Attachment to 103 CMR 481 - Inmate Mail.
[2] A copy of the relevant portion of Mr. Schmitt's Inmate Transaction Report is attached.
[3] A copy of relevant order forms to the Canteen Corporation are attached.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20080613 16:22

Page 1

| Commit# : | M81137 | MASS. TREATMENT CENTER |
|---|---|---|
| Name : | SCHMITT, JOSEPH, , | Statement From 20060401 |
| Inst : | MASS. TREATMENT CENTER | To 20060612 |
| Block : | B2 | |
| Cell/Bed : | 029 /B | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $18,695.06 | $18,694.77 | $1,757.11 | $1,755.99 |
| 20060406 16:50 | IS - Interest | 6436528 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20060406 16:50 | IS - Interest | 6436529 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20060424 08:12 | ML - Mail | 6524549 | | STH | ~DEREK KOLB | $500.00 | $0.00 | $0.00 | $0.00 |
| 20060424 08:12 | MA - Maintenance and Administration | 6524551 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060424 08:12 | TI - Transfer from Institution | 6524553 | | STH | ~Associate Receipt Number is 6524549 | $0.00 | $499.00 | $0.00 | $0.00 |
| 20060424 08:12 | TI - Transfer from Institution | 6524554 | | MTC | ~Associate Receipt Number is 6524549 | $499.00 | $0.00 | $0.00 | $0.00 |
| 20060427 13:28 | IC - Transfer from Inmate to Club A/c | 6550810 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.05 | $0.00 | $0.00 |
| 20060427 13:30 | IC - Transfer from Inmate to Club A/c | 6550811 | | MTC | ~4 PIECES OF MAIL & 1 OVERWEIGHT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.19 | $0.00 | $0.00 |
| 20060427 22:30 | CN - Canteen | 6551881 | | MTC | ~Canteen Date : 20060427 | $0.00 | $56.95 | $0.00 | $0.00 |
| 20060428 09:00 | IC - Transfer from Inmate to Club A/c | 6555267 | | MTC | ~2 PIECES OVERWEIGHT MAIL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.26 | $0.00 | $0.00 |
| 20060428 15:23 | IC - Transfer from Inmate to Club A/c | 6556386 | | MTC | ~FRANCIS POWERS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.63 | $0.00 | $0.00 |
| 20060502 10:13 | IC - Transfer from Inmate to Club A/c | 6568370 | | MTC | ~JUDGE CORNETTA CERT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.64 | $0.00 | $0.00 |
| 20060503 09:44 | IC - Transfer from Inmate to Club A/c | 6575191 | | MTC | ~ROBT MURPHY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.31 | $0.00 | $0.00 |
| 20060503 09:44 | IC - Transfer from Inmate to Club A/c | 6575199 | | MTC | ~GLEN EDDINGTON~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.31 | $0.00 | $0.00 |
| 20060503 09:45 | IC - Transfer from Inmate to Club A/c | 6575201 | | MTC | ~DOC LEGAL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.79 | $0.00 | $0.00 |
| 20060503 09:46 | IC - Transfer from Inmate to Club A/c | 6575211 | | MTC | ~DOC DEFENDANT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.31 | $0.00 | $0.00 |
| 20060503 09:46 | IC - Transfer from Inmate to Club A/c | 6575213 | | MTC | ~THOMAS COSTA~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.31 | $0.00 | $0.00 |
| 20060503 09:47 | IC - Transfer from Inmate to Club A/c | 6575229 | | MTC | ~US MARSHALL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.05 | $0.00 | $0.00 |
| 20060503 09:48 | IC - Transfer from Inmate to Club A/c | 6575239 | | MTC | ~US MARSHALL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.05 | $0.00 | $0.00 |
| 20060503 09:49 | IC - Transfer from Inmate to Club A/c | 6575241 | | MTC | ~ROPES & GRAY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.05 | $0.00 | $0.00 |
| 20060503 09:49 | IC - Transfer from Inmate to Club A/c | 6575247 | | MTC | ~US MARSHALL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.05 | $0.00 | $0.00 |
| 20060503 13:38 | IC - Transfer from Inmate to Club A/c | 6576874 | | MTC | ~ROPES & GRAY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.06 | $0.00 | $0.00 |
| 20060503 13:43 | IC - Transfer from Inmate to Club A/c | 6576906 | | MTC | ~FRANCIS POWERS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.87 | $0.00 | $0.00 |
| 20060503 13:44 | IC - Transfer from Inmate to Club A/c | 6576908 | | MTC | ~US DIST COURT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.07 | $0.00 | $0.00 |
| 20060504 16:50 | IS - Interest | 6597194 | | MTC | | $0.62 | $0.00 | $0.00 | $0.00 |
| 20060504 16:50 | IS - Interest | 6597195 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20060504 22:30 | CN - Canteen | 6607712 | | MTC | ~Canteen Date : 20060504 | $0.00 | $51.32 | $0.00 | $0.00 |
| 20060508 14:20 | IC - Transfer from Inmate to Club A/c | 6618804 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.89 | $0.00 | $0.00 |
| 20060508 14:26 | IC - Transfer from Inmate to Club A/c | 6618864 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : **20080613 16:22**

Page : 2

| Commit# : | M81137 | MASS. TREATMENT CENTER | |
|---|---|---|---|
| Name : | SCHMITT, JOSEPH, , | Statement From | 20060401 |
| Inst : | MASS. TREATMENT CENTER | To | 20060612 |
| Block : | B2 | | |
| Cell/Bed : | 029 /B | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20060508 14:26 | IC - Transfer from Inmate to Club A/c | 6618870 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.63 | $0.00 | $0.00 |
| 20060508 14:36 | IC - Transfer from Inmate to Club A/c | 6619021 | | MTC | ~822,823~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $35.84 | $0.00 | $0.00 |
| 20060511 14:11 | IC - Transfer from Inmate to Club A/c | 6646043 | | MTC | ~CERT 70051820000779172844~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.12 | $0.00 | $0.00 |
| 20060511 22:30 | CN - Canteen | 6647205 | | MTC | ~Canteen Date : 20060511 | $0.00 | $59.72 | $0.00 | $0.00 |
| 20060512 13:55 | IC - Transfer from Inmate to Club A/c | 6651576 | | MTC | ~FRANCIS FORD~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.63 | $0.00 | $0.00 |
| 20060512 13:55 | IC - Transfer from Inmate to Club A/c | 6651577 | | MTC | ~3 LEGAL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.17 | $0.00 | $0.00 |
| 20060515 15:46 | IC - Transfer from Inmate to Club A/c | 6657053 | | MTC | ~2 LEGAL-POWERS & PAGANO 1 CERT - PAGANO~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.42 | $0.00 | $0.00 |
| 20060517 14:02 | IC - Transfer from Inmate to Club A/c | 6667801 | | MTC | ~822,823~CANTEEN CORP WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $35.84 | $0.00 | $0.00 |
| 20060518 22:30 | CN - Canteen | 6681272 | | MTC | ~Canteen Date : 20060518 | $0.00 | $58.93 | $0.00 | $0.00 |
| 20060519 09:27 | IC - Transfer from Inmate to Club A/c | 6684643 | | MTC | ~legal:LOCONTO, HIRCH, US DIST.CT, ROPES & GRAY, F.PAGANO, US CT/APPLS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.34 | $0.00 | $0.00 |
| 20060519 09:37 | IC - Transfer from Inmate to Club A/c | 6684718 | | MTC | ~F POWERS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.63 | $0.00 | $0.00 |
| 20060519 09:38 | IC - Transfer from Inmate to Club A/c | 6684723 | | MTC | ~CERT 70060100000644247634~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $9.25 | $0.00 | $0.00 |
| 20060519 10:59 | EX - External Disbursement | 6685148 | 108680 | MTC | ~DEREK KOLB | $0.00 | $25.00 | $0.00 | $0.00 |
| 20060519 10:59 | MA - Maintenance and Administration | 6685150 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060519 14:38 | IC - Transfer from Inmate to Club A/c | 6685721 | | MTC | ~F POWERS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.11 | $0.00 | $0.00 |
| 20060522 13:54 | IC - Transfer from Inmate to Club A/c | 6690090 | | MTC | ~LEGAL-CLERK,CHAVEZ,POWERS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.17 | $0.00 | $0.00 |
| 20060524 14:08 | IC - Transfer from Inmate to Club A/c | 6701076 | | MTC | ~5 PIECES LEGAL MAIL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.95 | $0.00 | $0.00 |
| 20060525 22:30 | CN - Canteen | 6715013 | | MTC | ~Canteen Date : 20060525 | $0.00 | $59.64 | $0.00 | $0.00 |
| 20060526 09:23 | ML - Mail | 6718727 | 6731669 | STH | ~LOCONTO BURKE MADAIO | $50.00 | $0.00 | $0.00 | $0.00 |
| 20060526 09:23 | TI - Transfer from Institution | 6718728 | | STH | ~Associate Receipt Number is 6718727 | $0.00 | $50.00 | $0.00 | $0.00 |
| 20060526 09:23 | TI - Transfer from Institution | 6718729 | | MTC | ~Associate Receipt Number is 6718727 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20060526 09:39 | ML - Mail | 6718910 | 3312 | STH | ~SETTLEMENT COMM OF MA | $302.00 | $0.00 | $0.00 | $0.00 |
| 20060526 09:39 | TI - Transfer from Institution | 6718911 | | STH | ~Associate Receipt Number is 6718910 | $0.00 | $302.00 | $0.00 | $0.00 |
| 20060526 09:39 | TI - Transfer from Institution | 6718912 | | MTC | ~Associate Receipt Number is 6718910 | $302.00 | $0.00 | $0.00 | $0.00 |
| 20060526 11:03 | IC - Transfer from Inmate to Club A/c | 6719343 | | MTC | ~LEGAL MAIL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.78 | $0.00 | $0.00 |
| 20060601 22:30 | CN - Canteen | 6745986 | | MTC | ~Canteen Date : 20060601 | $0.00 | $18.38 | $0.00 | $0.00 |
| 20060606 17:01 | IS - Interest | 6772073 | | MTC | | $1.63 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20080613 16:22

| Commit# : | M81137 | MASS. TREATMENT CENTER | Page: 3 |
| --- | --- | --- | --- |
| Name : | SCHMITT, JOSEPH, , | Statement From 20060401 | |
| Inst : | MASS. TREATMENT CENTER | To 20060612 | |
| Block : | B2 | | |
| Cell/Bed : | 029 /B | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20060606 17:01 | IS - Interest | 6772074 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20060607 13:33 | IC - Transfer from Inmate to Club A/c | 6788454 | | MTC | ~US DIST CT~PHOTO - Z13~PHOTO - Z13 | $0.00 | $0.63 | $0.00 | $0.00 |
| 20060608 22:30 | CN - Canteen | 6803787 | | MTC | ~Canteen Date · 20060608 | $0.00 | $59.38 | $0.00 | $0.00 |
| | | | | | | $1,705.23 | $1,397.11 | $0.00 | $0.00 |

|  | Personal | Savings |
| --- | --- | --- |
| Balance as of ending date : | $308.41 | $1.12 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
| --- | --- | --- | --- | --- | --- |
| $1.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

```
                    Sent Order 100174802 for SCHMITT, JOSEPH
                         Thursday, June 19, 2008  @09:55
```

| ID | Order # | Name |
|---|---|---|
| M81137 | 100174802 | SCHMITT, JOSEPH |

| Order Date | Location | Order Form |
|---|---|---|
| 2008-04-03 | MTC B2 029 | UNASSIGNED ORDER FORM |

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 6417 | CREAMY PEANUT BUTTER 18 O | 3 | 2.00 | 6.00 | 0.00 | 6.00 | Sent |
| 1050 | BOOK OF TEN STAMPS | 2 | 4.10 | 8.20 | 0.00 | 8.20 | Sent |
| 6450 | CC SHARP CHEESE SPREAD | 4 | 1.52 | 6.08 | 0.00 | 6.08 | Sent |
| 6512 | 6 OZ LA HOT SAUCE | 2 | 0.58 | 1.16 | 0.00 | 1.16 | Sent |
| 1345 | SCOTCH TAPE | 1 | 0.65 | 0.65 | 0.03 | 0.68 | Sent |
| 2424 | BREAD - WHEAT | 1 | 1.05 | 1.05 | 0.00 | 1.05 | Sent |
| 6311 | SPLENDORA SLICE PEPPERONI | 2 | 1.55 | 3.10 | 0.00 | 3.10 | Sent |
| 6773 | BEEF SALAMI SUMR SAUSAGE | 4 | 1.36 | 5.44 | 0.00 | 5.44 | Sent |
| 2083 | SUGAR TWIN BOX 100 CT. | 1 | 1.32 | 1.32 | 0.00 | 1.32 | Sent |
| 6360 | SPAGHETTI 1 LB BOX | 10 | 0.55 | 5.50 | 0.00 | 5.50 | Sent |
| 6361 | ELBOW MACARONI 1 LB BAG | 10 | 0.97 | 9.70 | 0.00 | 9.70 | Sent |
| 6507 | SLICED JALAPENO PEPPERS | 10 | 0.31 | 3.10 | 0.00 | 3.10 | Sent |
| 1200 | AAA 4/PK ION3 BATTERIES | 1 | 1.97 | 1.97 | 0.10 | 2.07 | Sent |
| 6501 | PICKLE (MILD) | 5 | 0.60 | 3.00 | 0.00 | 3.00 | Sent |
| 6051 | XK BROWN RICE 6.5 OZ | 4 | 0.98 | 3.92 | 0.00 | 3.92 | Sent |
| 2667 | SPICY CHEESY RICE 2 OZ | 10 | 0.45 | 4.50 | 0.00 | 4.50 | Sent |
| 6193 | FC CLAMS | 2 | 1.80 | 3.60 | 0.00 | 3.60 | Sent |
| 6543 | PROVOLONE CHEESE BLOCK | 1 | 1.25 | 1.25 | 0.00 | 1.25 | Exceeded Spend Group |
| 0446 | PURE & NATURAL BAR SOAP | 0 | 0.55 | 0.00 | 0.00 | 0.00 | Exceeded Spend Group |
| 0010 | 15OZ VO5 SHAMPOO | 0 | 1.49 | 0.00 | 0.00 | 0.00 | Exceeded Spend Group |
| 0544 | FLOSS LOOPS | 0 | 1.36 | 0.00 | 0.00 | 0.00 | Exceeded Spend Group |
|  |  |  | Order Total | 69.54 | 0.13 | 69.67 |  |

| Alias | Description | Qty | Price | Extend | Tax | Total | Sent |
|---|---|---|---|---|---|---|---|
| 6361 | ELBOW MACARONI 1 LB BAG | 1 | 0.97 | 0.97 | 0.00 | 0.97 | Yes |
| 6507 | SLICED JALAPENO PEPPERS | 1 | 0.31 | 0.31 | 0.00 | 0.31 | Yes |
|  |  |  | Refund Total | 1.28 | 0.00 | 1.28 |  |

| Category | Max Limit | Current | Funds Available |
|---|---|---|---|
| Order Form Max Limit | 70.00 | 0.00 | 1.27 |
| Commissary Items | 70.00 | 0.00 |  |

```
                  Sent Order 100175144 for SCHMITT, JOSEPH
                        Thursday, June 19, 2008  @09:55
```

| ID | Order # | Name |
|---|---|---|
| M81137 | 100175144 | SCHMITT, JOSEPH |

| Order Date | Location | Order Form |
|---|---|---|
| 2008-04-10 | MTC E2 029 | UNASSIGNED ORDER FORM |

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 6015 | ROAST CHICKEN RAMEN | 0 | 0.27 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 6004 | TEXAS BEEF RAMEN NOODLE | 0 | 0.27 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 6003 | CAJUN SHRIMP RAMEN NOODLE | 0 | 0.27 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 6417 | CREAMY PEANUT BUTTER 18 O | 0 | 2.00 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 6543 | PROVOLONE CHEESE BLOCK | 0 | 1.25 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 6509 | SOY SAUCE 6 OZ | 0 | 0.85 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 3500 | BB HONEY 12OZ CYLINDER | 0 | 2.39 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 6311 | SPLENDORA SLICE PEPPERONI | 0 | 1.55 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 6108 | MOON LODGE PRETZELS 11 OZ | 0 | 0.96 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 2083 | SUGAR TWIN BOX 100 CT. | 0 | 1.32 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 2071 | 10 OZ. HOT COCOA CLR (KF) | 0 | 1.25 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 2063 | KF PREMIUM COFFEE CLRPK | 0 | 2.23 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 6711 | HOT CHILI REFRI BEAN&RICE | 0 | 0.82 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 4019 | CHICK O STICK | 0 | 0.14 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 6457 | PARMESAN CHEESE 4OZ CLEAR | 0 | 1.13 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 6258 | GARLIC POWDER | 0 | 0.90 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 6429 | CC JALAP CHEESE SQUEEZE | 0 | 0.48 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 6761 | OCTOPUS 3.53OZ | 0 | 1.15 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
|  | Order Total |  |  | 0.00 | 0.00 | 0.00 |  |

| Category | Max Limit | Current | Funds Available |
|---|---|---|---|
| Order Form Max Limit | 70.00 | 0.00 | 1.27 |
| Commissary Items | 70.00 | 0.00 |  |

```
            Sent Order 100175301 for SCHMITT, JOSEPH
                   Thursday, June 19, 2008  @09:55

ID              Order #           Name
 M81137          100175301         SCHMITT, JOSEPH

Order Date                    Location                    Order Form
 2008-04-11                    MTC B2 029                  UNASSIGNED ORDER FORM
```

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 6015 | ROAST CHICKEN RAMEN | 20 | 0.27 | 5.40 | 0.00 | 5.40 | Sent |
| 6004 | TEXAS BEEF RAMEN NOODLE | 20 | 0.27 | 5.40 | 0.00 | 5.40 | Sent |
| 6003 | CAJUN SHRIMP RAMEN NOODLE | 20 | 0.27 | 5.40 | 0.00 | 5.40 | Sent |
| 6417 | CREAMY PEANUT BUTTER 18 O | 2 | 2.00 | 4.00 | 0.00 | 4.00 | Sent |
| 6543 | PROVOLONE CHEESE BLOCK | 4 | 1.25 | 5.00 | 0.00 | 5.00 | Sent |
| 6508 | SOY SAUCE 6 OZ | 2 | 0.85 | 1.70 | 0.00 | 1.70 | Sent |
| 3500 | BB HONEY 12OZ CYLINDER | 1 | 2.39 | 2.39 | 0.00 | 2.39 | Sent |
| 6311 | SPLENDORA SLICE PEPPERONI | 3 | 1.55 | 4.65 | 0.00 | 4.65 | Sent |
| 6108 | MOON LODGE PRETZELS 11 OZ | 5 | 0.96 | 4.80 | 0.00 | 4.80 | Sent |
| 2083 | SUGAR TWIN BOX 100 CT. | 1 | 1.32 | 1.32 | 0.00 | 1.32 | Sent |
| 2071 | 10 OZ. HOT COCOA CLR (KF) | 2 | 1.25 | 2.50 | 0.00 | 2.50 | Sent |
| 2063 | KF PREMIUM COFFEE CLRPK | 2 | 2.23 | 4.46 | 0.00 | 4.46 | Sent |
| 6711 | HOT CHILI REFRI BEAN&RICE | 5 | 0.82 | 4.10 | 0.00 | 4.10 | Sent |
| 4019 | CHICK O STICK | 25 | 0.14 | 3.50 | 0.00 | 3.50 | Sent |
| 6457 | PARMESAN CHEESE 4OZ CLEAR | 2 | 1.13 | 2.26 | 0.00 | 2.26 | Sent |
| 6258 | GARLIC POWDER | 2 | 0.90 | 1.80 | 0.00 | 1.80 | Sent |
| 6429 | CC JALAP CHEESE SQUEEZE | 20 | 0.48 | 9.60 | 0.00 | 9.60 | Sent |
| 6761 | OCTOPUS 3.5OZ | 1 | 1.15 | 1.15 | 0.00 | 1.15 | Exceeded Spend Group |
| | Order Total | | | 69.43 | 0.00 | 69.43 | |

| Category | Max Limit | Current | Funds Available |
|---|---|---|---|
| Order Form Max Limit | 70.00 | 0.00 | 1.27 |
| Commissary Items | 70.00 | 0.00 | |

```
Sent Order 100175612 for SCHMITT, JOSEPH
       Thursday, June 19, 2008  @09:55
```

| ID | Order # | Name |
|---|---|---|
| M81137 | 100175612 | SCHMITT, JOSEPH |

| Order Date | Location | Order Form |
|---|---|---|
| 2008-04-17 | MTC B2 029 | UNASSIGNED ORDER FORM |

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 6183 | FC CLAMS | 2 | 1.80 | 3.60 | 0.00 | 3.60 | Sent |
| 0522 | COLGATE B.S. PERX CLN 6.4 | 1 | 2.15 | 2.15 | 0.11 | 2.26 | Sent |
| 0544 | FLOSS LOOPS | 1 | 1.36 | 1.36 | 0.07 | 1.43 | Sent |
| 1345 | SCOTCH TAPE | 1 | 0.65 | 0.65 | 0.03 | 0.68 | Sent |
| 0010 | 15OZ VO5 SHAMPOO | 2 | 1.49 | 2.98 | 0.15 | 3.13 | Sent |
| 1013 | ENVELOPE #10 50/CT | 1 | 0.99 | 0.99 | 0.05 | 1.04 | Sent |
| 0446 | PURE & NATURAL BAR SOAP | 5 | 0.55 | 2.75 | 0.14 | 2.89 | Sent |
| 2063 | KF PREMIUM COFFEE CLRPK | 2 | 2.23 | 4.46 | 0.00 | 4.46 | Sent |
| 1343 | MIRROR 6"X 4.5" | 1 | 1.77 | 1.77 | 0.09 | 1.86 | Sent |
| 0490 | SOAP DISH | 1 | 0.31 | 0.31 | 0.02 | 0.33 | Sent |
| 6512 | 6 OZ LA HOT SAUCE | 2 | 0.58 | 1.16 | 0.00 | 1.16 | Sent |
| 6258 | GARLIC POWDER | 2 | 0.90 | 1.80 | 0.00 | 1.80 | Sent |
| 6361 | ELBOW MACARONI 1 LB BAG | 1 | 0.97 | 0.97 | 0.00 | 0.97 | Sent |

```
                                  Order Total  24.95  0.66  25.61
```

| Category | Max Limit | Current | Funds Available |
|---|---|---|---|
| Order Form Max Limit | 70.00 | 0.00 | 1.27 |
| Commissary Items | 70.00 | 0.00 | |

Page 1

```
             Sent Order 100175726 for SCHMITT, JOSEPH
                  Thursday, June 19, 2008  @09:55
```

| ID | Order # | Name |
|---|---|---|
| M81137 | 100175726 | SCHMITT, JOSEPH |

| Order Date | Location | Order Form |
|---|---|---|
| 2008-04-24 | MTC E2 029 | UNASSIGNED ORDER FORM |

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 1345 | SCOTCH TAPE | 1 | 0.65 | 0.65 | 0.03 | 0.68 | Sent |
| 1050 | BOOK OF TEN STAMPS | 1 | 4.10 | 4.10 | 0.00 | 4.10 | Sent |
| 0760 | COTTON SWABS 100CT BOX | 1 | 0.76 | 0.76 | 0.04 | 0.80 | Sent |
| 2424 | BREAD - WHEAT | 1 | 1.05 | 1.05 | 0.00 | 1.05 | Sent |
| 5666 | SAZON GOYA AZAFRAN | 0 | 1.15 | 0.00 | 0.00 | 0.00 | Insufficient Funds |
|  | Order Total |  |  | 6.56 | 0.07 | 6.63 |  |

| Category | Max Limit | Current | Funds Available |
|---|---|---|---|
| Order Form Max Limit | 70.00 | 0.00 | 1.27 |
| Commissary Items | 70.00 | 0.00 |  |

```
Sent Order 100177042 for SCHMITT, JOSEPH
Thursday, June 19, 2008  @09:55
```

| ID | Order # | Name |
|---|---|---|
| M81137 | 100177042 | SCHMITT, JOSEPH |

| Order Date | Location | Order Form |
|---|---|---|
| 2008-05-15 | MTC B2 029 | UNASSIGNED ORDER FORM |

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 6457 | PARMESAN CHEESE 4OZ CLEAR | 1 | 1.13 | 1.13 | 0.00 | 1.13 | Sent |
| 6311 | SPLENDORA SLICE PEPPERONI | 1 | 1.55 | 1.55 | 0.00 | 1.55 | Sent |
| 6773 | BEEF SALAMI SUMR SAUSAGE | 2 | 1.36 | 2.72 | 0.00 | 2.72 | Sent |
| 6426 | SALSA SQZ BOTTLE 15.5OZ | 1 | 1.47 | 1.47 | 0.00 | 1.47 | Sent |
| 6306 | SQUEEZE PIZZA SAUCE 15.5 | 1 | 1.55 | 1.55 | 0.00 | 1.55 | Sent |
| 6050 | 7OZ RICE ZIPPER | 10 | 1.03 | 10.30 | 0.00 | 10.30 | Sent |
| 6417 | CREAMY PEANUT BUTTER 18 O | 2 | 2.00 | 4.00 | 0.00 | 4.00 | Sent |
| 3039 | MARIA COOKIE | 10 | 0.50 | 5.00 | 0.00 | 5.00 | Sent |
| 6360 | SPAGHETTI 1 LB BOX | 10 | 0.55 | 5.50 | 0.00 | 5.50 | Sent |
| 2599 | MOM SCOOTERS | 1 | 3.92 | 3.92 | 0.00 | 3.92 | Sent |
| 1013 | ENVELOPE #10 50/CT | 2 | 0.99 | 1.98 | 0.10 | 2.08 | Sent |
| 6512 | 6 OZ LA HOT SAUCE | 4 | 0.58 | 2.32 | 0.00 | 2.32 | Sent |
| 6362 | ZITI 1 LB BAG | 5 | 0.80 | 4.00 | 0.00 | 4.00 | Sent |
| 6015 | ROAST CHICKEN RAMEN | 10 | 0.27 | 2.70 | 0.00 | 2.70 | Sent |
| 6005 | CHILI RAMEN NOODLE | 10 | 0.27 | 2.70 | 0.00 | 2.70 | Sent |
| 6011 | HOT & SPICY VEG RAMEN | 20 | 0.27 | 5.40 | 0.00 | 5.40 | Sent |
| 6004 | TEXAS BEEF RAMEN NOODLE | 20 | 0.27 | 5.40 | 0.00 | 5.40 | Sent |
| 6258 | GARLIC POWDER | 2 | 0.90 | 1.80 | 0.00 | 1.80 | Sent |
| 1050 | BOOK OF TEN STAMPS | 1 | 4.20 | 4.20 | 0.00 | 4.20 | Sent |

```
                                    Order Total   67.64   0.10   67.74
```

| Category | Max Limit | Current | Funds Available |
|---|---|---|---|
| Order Form Max Limit | 70.00 | 0.00 | 1.27 |
| Commissary Items | 70.00 | 0.00 | |

```
              Sent Order 100177612 for SCHMITT, JOSEPH
                   Thursday, June 19, 2008  @09:55
```

| ID     | Order #    | Name            |                      |
|--------|------------|-----------------|----------------------|
| M81137 | 100177612  | SCHMITT, JOSEPH |                      |

| Order Date | Location   | Order Form           |
|------------|------------|----------------------|
| 2008-05-22 | MTC B2 029 | UNASSIGNED ORDER FORM |

| Alias | Description              | Qty | Price | Extend | Tax  | Total | Status |
|-------|--------------------------|-----|-------|--------|------|-------|--------|
| 6062  | KF SPAGHETTI SQZ SAUCE   | 1   | 1.55  | 1.55   | 0.00 | 1.55  | Sent   |
| 6294  | BC PASTA SAUCE (ITALIAN) | 3   | 0.43  | 1.29   | 0.00 | 1.29  | Sent   |
| 6773  | BEEF SALAMI SUMR SAUSAGE | 1   | 1.56  | 1.56   | 0.00 | 1.56  | Sent   |
| 3039  | MARIA COOKIE             | 10  | 0.50  | 5.00   | 0.00 | 5.00  | Sent   |
| 6417  | CREAMY PEANUT BUTTER 18 O| 2   | 2.10  | 4.20   | 0.00 | 4.20  | Sent   |
| 2063  | KF PREMIUM COFFEE CLRPK  | 4   | 2.50  | 10.00  | 0.00 | 10.00 | Sent   |
| 2071  | 10 OZ. HOT COCOA CLR (KF)| 4   | 1.25  | 5.00   | 0.00 | 5.00  | Sent   |
| 6543  | PROVOLONE CHEESE BLOCK   | 10  | 1.25  | 12.50  | 0.00 | 12.50 | Sent   |
| 6452  | CC JALAPENO CHEESE SPREAD| 6   | 1.52  | 9.12   | 0.00 | 9.12  | Sent   |
| 6450  | CC SHARP CHEESE SPREAD   | 6   | 1.52  | 9.12   | 0.00 | 9.12  | Sent   |
| 6248  | HUNTS KETCHUP 20 OZ      | 2   | 1.65  | 3.30   | 0.00 | 3.30  | Sent   |
| 6426  | SALSA SQZ BOTTLE 15.5OZ  | 2   | 1.47  | 2.94   | 0.00 | 2.94  | Sent   |
| 6507  | SLICED JALAPENO PEPPERS  | 10  | 0.31  | 3.10   | 0.00 | 3.10  | Sent   |
| 6258  | GARLIC POWDER            | 1   | 0.90  | 0.90   | 0.00 | 0.90  | Sent   |

```
                                        Order Total   69.58   0.00   69.58
```

| Category            | Max Limit | Current | Funds Available |
|---------------------|-----------|---------|-----------------|
| Order Form Max Limit| 70.00     | 0.00    | 1.27            |
| Commissary Items    | 70.00     | 0.00    |                 |

```
              Sent Order 100177909 for SCHMITT, JOSEPH
                   Thursday, June 19, 2008   909:55

ID              Order #            Name
  M81137          100177909          SCHMITT, JOSEPH

Order Date                 Location                  Order Form
  2008-05-29                 MTC B2 029                UNASSIGNED ORDER FORM


Alias Description                          Qty   Price  Extend    Tax   Total Status

1004   ONE CENT STAMP (1 EACH)              20    0.01    0.20   0.00    0.20 Sent
1050   BOOK OF TEN STAMPS                    1    4.20    4.20   0.00    4.20 Sent
6004   TEXAS BEEF RAMEN NOODLE              10    0.33    3.30   0.00    3.30 Sent
6015   ROAST CHICKEN RAMEN                  20    0.33    6.60   0.00    6.60 Sent
6011   HOT & SPICY VEG RAMEN                10    0.33    3.30   0.00    3.30 Sent
6005   CHILI RAMEN NOODLE                   10    0.33    3.30   0.00    3.30 Sent
6003   CAJUN SHRIMP RAMEN NOODLE            10    0.33    3.30   0.00    3.30 Sent
1345   SCOTCH TAPE                           1    0.65    0.65   0.03    0.68 Sent
1300   PLAYING CARDS                         8    1.25   10.00   0.50   10.50 Sent
6360   SPAGHETTI 1 LB BOX                   20    0.55   11.00   0.00   11.00 Sent
6362   ZITI 1 LB BAG                        10    0.80    8.00   0.00    8.00 Sent
6108   MOON LODGE PRETZELS 11 OZ            10    0.96    9.60   0.00    9.60 Sent
6512   6 OZ LA HOT SAUCE                     4    0.58    2.32   0.00    2.32 Sent
6447   SQUZ CHIPOTLE LIME SPREAD             0    0.80    0.00   0.00    0.00 Unauthorized Item

                                                  Order Total  65.77    0.53   66.30


Category                             Max Limit   Current              Funds Available
  Order Form Max Limit                  70.00      0.00                  1.27
  Commissary Items                      70.00      0.00
```

```
             Sent Order 100178164 for SCHMITT, JOSEPH
                   Thursday, June 19, 2008  @09:54
```

| ID     | Order #   | Name            |
|--------|-----------|-----------------|
| M81137 | 100178164 | SCHMITT, JOSEPH |

| Order Date | Location   | Order Form           |
|------------|------------|----------------------|
| 2008-06-05 | MTC B2 029 | UNASSIGNED ORDER FORM |

| Alias | Description              | Qty | Price | Extend | Tax  | Total | Status |
|-------|--------------------------|-----|-------|--------|------|-------|--------|
| 2071  | 10 OZ. HOT COCOA CLR (KF)| 2   | 1.25  | 2.50   | 0.00 | 2.50  | Sent   |
| 1050  | BOOK OF TEN STAMPS       | 1   | 4.20  | 4.20   | 0.00 | 4.20  | Sent   |
| 6143  | SOUR CREAM & ONION       | 1   | 1.00  | 1.00   | 0.00 | 1.00  | Sent   |
| 6507  | SLICED JALAPENO PEPPERS  | 5   | 0.31  | 1.55   | 0.00 | 1.55  | Sent   |
| 6174  | BC HOT CHILI W/ BEANS    | 2   | 1.40  | 2.80   | 0.00 | 2.80  | Sent   |
| 6241  | DELUX MIXED NUTS 10 OZ   | 2   | 2.42  | 4.84   | 0.00 | 4.84  | Sent   |
| 4019  | CHICK O STICK            | 30  | 0.14  | 4.20   | 0.00 | 4.20  | Sent   |
| 6610  | KR PLAIN BAGEL 4OZ       | 6   | 0.43  | 2.58   | 0.00 | 2.58  | Sent   |
| 6311  | SPLENDORA SLICE PEPPERONI| 2   | 1.55  | 3.10   | 0.00 | 3.10  | Sent   |
| 6309  | SPLENDORA HRD SLCE SALAMI| 1   | 1.55  | 1.55   | 0.00 | 1.55  | Sent   |
| 6773  | BEEF SALAMI SUMR SAUSAGE | 2   | 1.56  | 3.12   | 0.00 | 3.12  | Sent   |
| 6306  | SQUEEZE PIZZA SAUCE 15.5 | 1   | 1.55  | 1.55   | 0.00 | 1.55  | Sent   |
| 6150  | KEEFE 10OZ NACHO CHIPS   | 2   | 1.70  | 3.40   | 0.00 | 3.40  | Sent   |
| 6501  | PICKLE (MILD)            | 5   | 0.60  | 3.00   | 0.00 | 3.00  | Sent   |
| 2599  | MOM SCOOTERS             | 0   | 3.92  | 0.00   | 0.00 | 0.00  |        |
| 6656  | SAZON GOYA AZAFRAN       | 1   | 1.15  | 1.15   | 0.00 | 1.15  | Sent   |
| 6201  | ML BUTTER MICRO POPCORN  | 10  | 0.46  | 4.60   | 0.00 | 4.60  | Sent   |
| 2424  | BREAD - WHEAT            | 2   | 1.40  | 2.80   | 0.00 | 2.80  | Sent   |
| 6417  | CREAMY PEANUT BUTTER 18 O| 2   | 2.10  | 4.20   | 0.00 | 4.20  | Sent   |
| 3102  | HONEY GRAHAM CRACKERS    | 2   | 1.40  | 2.80   | 0.00 | 2.80  | Sent   |
| 2028  | KF TEA BAGS 48 COUNT     | 2   | 1.34  | 2.68   | 0.00 | 2.68  | Sent   |

```
                              Order Total  57.62   0.00  57.62
```

| Category            | Max Limit | Current | Funds Available |
|---------------------|-----------|---------|-----------------|
| Order Form Max Limit| 70.00     | 0.00    | 1.27            |
| Commissary Items    | 70.00     | 0.00    |                 |

```
                                      1
===============================================================================
                     Sent Order 100178588 for SCHMITT, JOSEPH
                         Thursday, June 19, 2008  @09:54
===============================================================================

ID              Order #           Name
  M81137          100178588         SCHMITT, JOSEPH

Order Date                        Location                  Order Form
  2008-06-12                        MTC B2 029                UNASSIGNED ORDER FORM


-------------------------------------------------------------------------------
Alias Description                          Qty  Price Extend   Tax  Total Status
-------------------------------------------------------------------------------
4019  CHICK O STICK                         30   0.14   4.20  0.00  4.20 Sent
1004  ONE CENT STAMP (1 EACH)               20   0.01   0.20  0.00  0.20 Sent

                                          Order Total   4.40  0.00  4.40


-------------------------------------------------------------------------------
Alias Description                          Qty  Price Extend   Tax  Total Sent
-------------------------------------------------------------------------------
1004  ONE CENT STAMP (1 EACH)               20   0.01   0.20  0.00  0.20 Yes

                                         Refund Total   0.20  0.00  0.20

Category                              Max Limit   Current            Funds Available
  Order Form Max Limit                  70.00       0.00                1.27
  Commissary Items                      70.00       0.00
```